

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00139-CV

**IN THE ESTATE OF STEPHEN FRANK REEVES**, Deceased

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 24-176
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: January 14, 2026

MOTION TO DISMISS GRANTED, APPEAL DISMISSED

On October 28, 2025, we abated this appeal to allow the parties to effectuate a settlement agreement. On December 19, 2025, appellant filed an unopposed motion to dismiss the appeal, stating that the parties settled the dispute between them. We reinstate the appeal, grant appellant's motion to dismiss, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). The parties will bear their own costs. *See id.* 42.1(d).

PER CURIAM